UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE, and LAFFERTY ENTERPRISES INC., d/b/a TRANS-STAR AMBULANCE SERVICE,<br><br>    Plaintiffs,<br><br>v.<br><br>JAN-CARE AMBULANCE SERVICE, TRI-STATE DIVISION INCORPORATED,<br><br>    Defendant. | Civil No. 15-24-ART<br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby **ORDERED** and **ADJUDGED** that:

(1)  The plaintiff's amended complaint, R. 9, is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

(2)  Judgment is **ENTERED** in favor of the defendant.

(3)  This action is **STRICKEN** from the Court's docket.

(4)  This is a final and appealable judgment, and there is no just cause for delay.

This the 11th day of May, 2016.



Signed By:
*Amul R. Thapar*
United States District Judge